UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 46507
    VANESSA D PRICE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4893

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/17/2004 and was confirmed 02/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.66% from remaining funds.

    The case was paid in full 07/18/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPTIAL SERVIC | UNSECURED OTH | 6671.86 | .00 | 1387.68 |
| ISAC | UNSECURED OTH | 6906.25 | .00 | 1427.38 |
| DISCOVER FINANCIAL SERVI | UNSECURED OTH | 3790.49 | .00 | 783.23 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 14342.22 | .00 | 14342.22 |
| INTERNAL REVENUE SERVICE | UNSECURED OTH | 1281.46 | .00 | 261.41 |
| MERCEDES BENZ | SECURED | .00 | .00 | .00 |
| AMER COLL CO | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & RICHMOND | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 49865.82 | .00 | 10303.28 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMOCO ASSOCIATES CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FDS BANK/BLOOMINGDALES | UNSECURED | 890.41 | .00 | 183.98 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| BP CITI | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED OTH | 1346.50 | .00 | 274.68 |
| CARSON PIRIE SCOTT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 5244.30 | .00 | 1083.58 |
| SHERMAN ACQUISITION | UNSECURED | 7308.51 | .00 | 1510.08 |
| SHERMAN ACQUISITION | UNSECURED | 5683.83 | .00 | 1174.39 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISCOVER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ETHAN ALLEN | UNSECURED | NOT FILED | .00 | .00 |
| ETHAN ALLEN | UNSECURED | NOT FILED | .00 | .00 |
| FEMALE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK/FIRSTAR BANK | UNSECURED | 4556.59 | .00 | 941.48 |
| HSBC RS | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 2952.61 | .00 | 610.07 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 04 B 46507 VANESSA D PRICE

```
PORTFOLIO RECOVERY ASSOC  UNSECURED        6347.71            .00       1311.56
CACH LLC                  NOTICE ONLY   NOT FILED             .00           .00
WARDS                     UNSECURED     NOT FILED             .00           .00
NORTHLAND GROUP INC       NOTICE ONLY   NOT FILED             .00           .00
MEDICAL RECOVERY SPECIAL  UNSECURED     NOT FILED             .00           .00
NEIMAN MARCUS             UNSECURED        3889.27            .00        803.60
NORDSTROM FSB             UNSECURED        2082.41            .00        430.27
QUEST DIAGNOSTICS         UNSECURED     NOT FILED             .00           .00
AMERICAN MEDICAL COLLECT  NOTICE ONLY   NOT FILED             .00           .00
RETAILERS NATIONAL BANK   UNSECURED     NOT FILED             .00           .00
RUSH UNIVERSITY MEDICAL   UNSECURED       15083.57            .00       3116.57
SEARS ROEBUCK & CO        UNSECURED     NOT FILED             .00           .00
CBUSA SEARS               NOTICE ONLY   NOT FILED             .00           .00
LDG FINANCIAL SERVICES    NOTICE ONLY   NOT FILED             .00           .00
SHELL                     UNSECURED     NOT FILED             .00           .00
SHELL CITICARD            NOTICE ONLY   NOT FILED             .00           .00
NCM TRUST                 UNSECURED        3863.96            .00        798.37
JEFFERSON CAPITAL SYSTEM  UNSECURED        3180.36            .00        657.13
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY   NOT FILED             .00           .00
US BANK NA                UNSECURED     NOT FILED             .00           .00
VON MAUR                  UNSECURED     NOT FILED             .00           .00
H & R ACCOUNTS            NOTICE ONLY   NOT FILED             .00           .00
MARSHALL FIELDS           UNSECURED       17058.81            .00       3524.69
HELLER & FRISONE          UNSECURED         275.00            .00         56.82
ECAST SETTLEMENT CORP     UNSECURED        2355.58            .00        486.71
SHERMAN ACQUISITION       UNSECURED OTH    1119.59            .00        227.99
LEDFORD & WU              DEBTOR ATTY     1,674.00                     1,674.00
TOM VAUGHN                TRUSTEE                                      3,028.83
DEBTOR REFUND             REFUND                                        857.80
```

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                  51,257.80

PRIORITY                                   14,342.22
SECURED                                          .00
UNSECURED                                  31,354.95
ADMINISTRATIVE                              1,674.00
TRUSTEE COMPENSATION                        3,028.83
DEBTOR REFUND                                 857.80
                       ---------------    ---------------
TOTALS                   51,257.80          51,257.80

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
      Dated: 10/29/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE